JOSEPH MENSCH, as Administrator of the Estate of THOMAS R. MENSCH, Deceased, Respondent, *v.* No. 121 CANAL STREET COMPANY, INC., Appellant.

(Submitted October 26, 1933; decided November 21, 1933.)

*Frederick Mellor* for appellant.
*Benjamin Antin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.